

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/23/2022

# MEMO ENDORSED

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:   *Li v. Jaddou, et al.*, 22 Civ. 6610 (VEC)

Dear Judge Caproni:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application for Asylum and for Withholding of Removal (Form I-589).  I write respectfully to request that the initial pretrial conference presently scheduled for September 30, 2022, be rescheduled to the week of October 31, 2022 or thereafter (with a corresponding extension of time for the preconference submission).

I respectfully request this extension because the complaint was served on the government by mail on August 18, 2022.  Pursuant to Rules 12(a)(2) and 6(d) of the Federal Rules of Civil Procedure, the government calculates that its response to the complaint is due by October 20, 2022. *See* Fed. R. Civ. P. 12(a)(2) (sixty days), 6(d) (additional three days for service by mail).  The government needs time to review the allegations in the complaint, confer with USCIS, and determine next steps, which could render this action moot.  This is the government's first request to adjourn the initial conference.  I apologize for not submitting the preconference submission by the September 22, 2022 deadline, due to a calendaring error.

Additionally, should the Court deny the request to adjourn the initial conference, I respectfully request that the Court permit counsel to attend the conference via telephone rather than in person. The reason for the request is that I am a Special Assistant United States Attorney who works remotely from Tampa, Florida.

Plaintiff consents to these requests.

Page 2

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    *s/ Jacqueline Roman*
       JACQUELINE ROMAN
       Special Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (347) 714-3363
       E-mail: jacqueline.roman@usdoj.gov
       *Attorney for Defendants*

cc:  Counsel of record (via ECF)

---

Application GRANTED.

The initial pretrial conference submission is rescheduled for **Friday, November 4, 2022, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pretrial conference submissions, as described at Dkt. 17, are due no later than **October 27, 2022**.

SO ORDERED.

*Valerie Caproni*                09/23/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE